# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130656

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ARNOLD SODEN, DONALD TURNBULL,
MARION TURNBULL, SHARLEEN CARRELL,
GLADYS RICE, DONALD RICE, A. GAGNE,
BARBARA BINKLEY, LARRY BINKLEY,
FRED BRANT, JUDITH BRANT, FRED
BRANT, MARY BRANT, JOSEPH BRANT,
KENNETH ALLEN, ANN ALLEN, GERALD
TORSCH, JANET TORSCH, EMILY TAYLOR,
RICHARD HARTMAN, DAYNE-ANN HELD,
JAMES SCHNIERS, JUDI SCHNIERS, RALPH
LEVELY, DONNA LEVELY, RICHARD
DEMARIA, NANCY DEMARIA, MARLENE
HINCHLIFFE, TED HOINKA, ELIZABETH
SPALTENSPERGER and GEORGE
SPALTENSPERGER,
      Plaintiffs-Appellees,

v

                                  SC: 130656
                                  COA: 263459

LAKES OF THE NORTH ASSOCIATION,      Antrim CC: 04-008070-CH
      Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the January 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk

s0522